| | |
|---|---|
| 1 | **LONGYEAR, O'DEA & LAVRA, LLP** |
| | John A. Lavra, CSB No.: 114533 |
| 2 | Amanda L. McDermott, CSB No.: 253651 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |
| 5 | Attorneys for Defendants County of Sacramento, |
| | Sacramento County Sheriff's Department, |
| 6 | Scott R. Jones, Jarrod Hopeck, and Jeffrey Wilson |
| 7 | **LAW OFFICE OF MARK E. MERIN** |
| | Mark E. Merin (CSB No. 043849) |
| 8 | Paul H. Masuhara (CSB No. 289805 |
| | 1010 F St Ste 300 |
| 9 | Sacramento, CA 95814 |
| | Phone: (916) 443-6911 |
| 10 | Fax:     (916) 447-8336 |
| | Email: mark@markmerin.com |
| 11 | |
| | Attorneys for Plaintiff Mayco M. Rodrique |
| 12 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MAYCO M. RODRIQUE,** | ) | Case No.: 2:17-CV-02698-WBS-EFB |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **STIPULATION TO SET CASE FOR** |
| vs. | ) | **SETTLEMENT CONFERENCE BEFORE** |
| | ) | **THE HON. KENDALL J NEWMAN;** |
| **COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, JARROD HOPECK, JEFFREY WILSON, and DOE 3 to 20,** | ) ) ) ) ) ) | **[~~PROPOSED~~] ORDER** |
| | ) | Complaint Filed:  December 28, 2017 |
| **Defendants.** | ) | Trial:                     June 30, 2020 |
| | ) | |

COMES NOW Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, JARROD HOPECK, and JEFFREY WILSON (collectively "Defendants") and Plaintiff MAYCO M. RODRIQUE, by and through their designated counsel, and hereby stipulate and respectfully request that this case be set for a Settlement Conference with Magistrate Judge Kendall J. Newman on March 20, 2019, at 9:00 a.m. The parties have confirmed that Hon. Judge Newman is available to conduct the settlement

conference on said date and time.

WHEREAS, counsel for the parties have met and conferred and agreed that it would be beneficial to participate in a settlement conference at this time;

WHEREAS, this request is not being made for the purpose of delay, or any other improper purpose; and

WHEREAS, the parties do not request any modification of the current scheduling order.

**IT IS SO STIPULATED**.

Dated: January 31, 2019                LONGYEAR, O'DEA & LAVRA, LLP

By:  */s/ Amanda L. McDermott*
     JOHN A. LAVRA
     AMANDA L. MCDERMOTT
     Attorneys for Defendants

Dated: January 31, 2019                LAW OFFICES OF MARK E. MERIN

By:  */s/ Paul H. Masuhara*
     (as authorized on January 31, 2019)
     MARK E. MERIN
     PAUL H. MASUHARA
     Attorneys for Plaintiff

## ORDER

The court is in receipt of the parties' stipulated motion for settlement conference. Based thereon, the Settlement Conference is set for March 20, 2019, at 9:00 a.m. in Courtroom 25 before Judge Kendall J. Newman.

**IT IS ORDERED.**

Dated: January 31, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE