| | |
|---|---|
| 1 | **LONGYEAR, O'DEA & LAVRA, LLP** |
| | John A. Lavra, CSB No.: 114533 |
| 2 | Amanda L. McDermott, CSB No.: 253651 |
| | 3620 American River Drive, Suite 230 |
| 3 | Sacramento, CA 95864 |
| | Phone: 916-974-8500 |
| 4 | Facsimile: 916-974-8510 |

Attorneys for Defendants County of Sacramento,
Sacramento County Sheriff's Department,
Scott R. Jones, Jarrod Hopeck,
Jeffrey Wilson

**LAW OFFICE OF MARK E. MERIN**
Mark E. Merin (CSB No. 043849)
Paul H. Masuhara (CSB No. 289805)
1010 F St Ste 300
Sacramento, CA 95814
Phone: (916) 443-6911
Fax:    (916) 447-8336
Email: mark@markmerin.com

Attorneys for Plaintiff Mayco M. Rodrique

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAYCO M. RODRIQUE,** | Case No.: 2:17-CV-02698-WBS-EFB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE;** |
| vs. | **[PROPOSED] ORDER** |
| **COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, JARROD HOPECK, JEFFREY WILSON, and DOE 3 to 20,** | [Fed. R. Civ. P. 41] |
| | Complaint Filed:  12/28/2017 |
| | Trial Date:  6/30/2020 |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff MAYCO MENENDE RODRIQUE and Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, JARROD HOPECK, and JEFFREY WILSON, by and through their attorneys of record, that this action be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a).

**Stipulation for Dismissal of Entire Action with Prejudice; [Proposed] Order**     Page 1

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

Dated: April 24, 2019                LONGYEAR, O'DEA & LAVRA, LLP

                                     By: */s/ Amanda L. McDermott*
                                         JOHN A. LAVRA
                                         AMANDA L. MCDERMOTT
                                         Attorneys for Defendants

Dated: April 24, 2019                LAW OFFICES OF MARK E. MERIN

                                     By: */s/ Mark E. Merin*
                                         (as authorized on April 24, 2019)
                                         MARK E. MERIN
                                         PAUL H. MASUHARA
                                         Attorneys for Plaintiff

## ORDER

The parties having so stipulated and agreed, IT IS HEREBY ORDERED:

The Complaint and all claims of Plaintiff Mayco M. Rodrique against Defendants County of Sacramento, Sacramento County Sheriff's Department, Scott R. Jones, Jarrod Hopeck, and Jeffrey Wilson are dismissed with prejudice. Each side to bear their own attorneys' fees and costs.

Dated: April 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE