UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYCO M. RODRIQUE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, JARROD HOPECK, JEFFREY WILSON, and DOE 3 to 20,<br><br>Defendants. | No. 2:17-cv-2698-WBS-EFB<br><br><br>ORDER AFTER HEARING |

This case was before the court on July 17, 2019, for hearing on defendant County of Sacramento's motion to retain confidentiality of documents. ECF No. 48. Attorneys Amanda McDermott and John Larva appeared on behalf of County of Sacramento. Attorney Paul Masuhara appeared on behalf of plaintiff. For the reasons stated on the record, and as briefly detailed below, the motion is granted.

During the course of discovery, the County of Sacramento (the "County") produced to plaintiff numerous documents that it designated as confidential pursuant to the parties' stipulated protective order. *See* ECF No. 40. That protective order provided that the documents produced by the defendant and covered by the order be returned to defendant at the end of the litigation.

/////

1

| | |
|---|---|
| 1 | However, after this case concluded, plaintiff notified the County that he was challenging its |
| 2 | confidential designation of these documents. ECF No. 48. As addressed at the hearing on the |
| 3 | motion, plaintiff never sought to modify or amend the stipulated protective order, and instead |
| 4 | waited to litigate the confidential nature of the documents until the case was over and the County |
| 5 | requested his compliance with the order's requirement that all designated documents be returned |
| 6 | or destroyed. *See* ECF No. 40 at 11. Because the protective order remains in effect, and plaintiff |
| 7 | has not sought to modify the protective order, nor has he demonstrated a continuing relevance and |
| 8 | need for the documents in this litigation (which has now ended), the County's motion (ECF No. |
| 9 | 48) is granted. |

DATED: August 6, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE