| | |
|---|---|
| 1 | KARL OLSON (SBN 104760) |
| 2 | AARON R. FIELD (SBN 310648) |
|   | CANNATA O'TOOLE FICKES & OLSON LLP |
| 3 | 100 Pine Street, Suite 350 |
|   | San Francisco, California 94111 |
| 4 | Telephone:  (415) 409-8900 |
|   | Facsimile:  (415) 409-8904 |
| 5 | Email:  kolson@cofolaw.com |
|   |         afield@cofolaw.com |

Attorneys for Intervenor
THE SACRAMENTO BEE

JOHN A. LAVRA, CSB No.: 114533
AMANDA L. MCDERMOTT, CSB No.: 253651
LONGYEAR & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone:  916-974-8500
Facsimile:  916-974-8510
Email:  lavra@longyearlaw.com
        mcdermott@longyearlaw.com

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, JARROD HOPECK, and JEFFREY WILSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYCO M. RODRIQUE, | Case No. 2:17-cv-02698-WBS-EFB |
| Plaintiff, | **[~~PROPOSED~~] ORDER VACATING HEARING** |
| v. | |
| | Date:     October 30, 2019 |
| COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, JARROD HOPECK, JEFFREY WILSON, and DOE 3 to 20, | Time:     10:00 a.m. |
| | Judge:    Hon. Edmund F. Brennan |
| | Location: Ctrm. 8, 13th Floor |
| Defendants. | |

Intervenor *The Sacramento Bee* and defendants County of Sacramento, Sacramento County Sheriff's Department, Scott R. Jones, Jarrod Hopeck, and Jeffrey Wilson have resolved Intervenor's pending dispute over ECF No. 40. Accordingly, pursuant to ECF No. 74 ¶ 7, the further hearing on Intervenor's motion to lift or modify protective order scheduled for October 30, 2019 at 10:00 a.m. is VACATED. The Clerk is directed to administratively terminate ECF No. 56.

DATED: October 28, 2019

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE